IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Horton, Henry | Case Number: 07 B 16400 |
| | Judge: Squires, John H |
| Printed: 1/29/08 | Filed: 9/9/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 19, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 2. | Corus Bank | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 78,000.00 | 0.00 |
| 4. | Portfolio Recovery Associates | Unsecured | 87.45 | 0.00 |
| 5. | Nicor Gas | Unsecured | 364.27 | 0.00 |
| 6. | Vativ Recovery Solutions LLC | Unsecured | 83.27 | 0.00 |
| 7. | Wellgroup Health Partners | Unsecured | 25.47 | 0.00 |
| 8. | Lake Imaging LLC | Unsecured | 7.00 | 0.00 |
| 9. | Creditors Collection Service | Unsecured | | No Claim Filed |
| 10. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 11. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 12. | Falls Collection Service | Unsecured | | No Claim Filed |
| 13. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 14. | Zenith Acquisition | Unsecured | | No Claim Filed |
| 15. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 16. | Active Credit Service | Unsecured | | No Claim Filed |
| 17. | Numark Credit Union | Unsecured | | No Claim Filed |
| 18. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| | | | $ 78,567.46 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Horton, Henry | Case Number:  07 B 16400 |
| | Judge:  Squires, John H |
| Printed:  1/29/08 | Filed:  9/9/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                              Marilyn O. Marshall, Trustee, by:

                              _/s/ Mach_____